**UNITED STATES of America,**

v.

**Eric JOHNSON, a/k/a Derrick Johnson, a/k/a Jason Williams Eric Johnson, Appellant.**

No. 03–1859.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) Sept. 13, 2004.

Decided Sept. 23, 2004.

Joseph T. Labrum, III, Office of United States Attorney, Philadelphia, PA, for Appellee.

Elizabeth T. Hey, Defender Association of Philadelphia Federal Court Division, Philadelphia, PA, for Appellant.

Before SCIRICA, Chief Judge, ALITO and AMBRO, Circuit Judges.

## OPINION OF THE COURT

SCIRICA, Chief Judge.

A jury found defendant Eric Johnson guilty of possession of cocaine base with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B) (Count One); possession of and carrying a firearm in connection with the Count One drug trafficking offense, in violation of 18 U.S.C. § 924(c)(1)(A)(I) (Count Two); and possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1) (Count Three). He was sentenced to 164 months in prison, five years supervised release, a fine of $1,000, and a special assessment of $300.

In this appeal,[1] Johnson challenges only his conviction on Count Three, contending the felon-in-possession statute is an invalid exercise of the Commerce Clause. Johnson acknowledges we have already ruled that this statutory provision passes constitutional muster. *See United States v. Singletary*, 268 F.3d 196, 197 (3d Cir.2001); *United States v. Gateward*, 84 F.3d 670, 671–72 (3d Cir.1996). Johnson wishes, however, to preserve the issue should this Court *en banc* or the Supreme Court reverse the *Singletary* decision. Because we are bound by *Singletary*, we will reject Johnson's challenge.

We will affirm the judgment of conviction and sentence.

---

1. We have appellate jurisdiction under 28 U.S.C. § 1291.